**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7198**

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　　v.

THOMAS LEE WARD,

　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.　Robert E. Payne, Senior District Judge.　(3:00-cr-00146-REP-1)

Submitted: October 20, 2008　　　Decided: October 29, 2008

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert James Wagner, Assistant Federal Public Defender, Richmond, Virginia, for Appellant.　Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Lee Ward appeals the district court's order denying his 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2008) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Ward</u>, No. 3:00-cr-00146-REP-1 (E.D. Va. June 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>